UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE HEITING, *Individually and on Behalf of all Others Similarly Situated*, | |
| Plaintiff, | |
| -against- | |
| KORANGY PUBLISHING INC., *a New York Corporation*, et al., | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/21/26

1:25-cv-10176 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff Jane Heiting, invoking the Court's diversity jurisdiction, brings this putative class action against Defendant Korangy Publishing Inc., and numerous unidentified "Doe" defendants, for alleged violations of California Invasion of Privacy Act ("CIPA"), California Penal Code § 638.51 (the "California Trap and Trace Law") [ECF No. 1 (the "Complaint")].  On April 3, 2026, Defendant Korangy Publishing Inc. filed a motion to dismiss the Complaint, without leave of Court, in violation of the Court's Individual Rules of Practice in Civil Cases [ECF Nos. 8, 9].  *See* Rule 4(A)(i).  Thereafter, in accordance with the Court's Individual Rules, Defendant filed a pre-motion letter seeking leave to file a motion to dismiss for lack of standing and failure to state a claim, and Plaintiff filed a response [ECF Nos. 10, 11].  Having carefully reviewed the pre-motion letter, the Court GRANTS Defendant's request for leave to file a motion to dismiss and GRANTS Plaintiff leave to amend before any such motion is filed.

Accordingly, IT IS HEREBY ORDERED that Defendant's procedurally improper motion to dismiss [ECF Nos. 8, 9] is DENIED without prejudice for failure to comply with the Court's Individual Rules.

1

2

IT IS FURTHER ORDERED that Plaintiff shall file any amended pleading by June 4, 2026. **This will be Plaintiff's last opportunity to amend to cure any deficiency identified in the motion to dismiss and the pre-motion letters [ECF Nos. 8, 9, 10, 11], and failure to amend by June 4, 2026 will be considered a waiver of the opportunity to do so.**

IT IS FURTHER ORDERED that, if Plaintiff elects to amend, Defendant shall respond to the amended complaint within 14 days of its filing.  If Defendant responds with a motion to dismiss, further briefing shall proceed on the schedule set forth in Local Rule 6.1(b).

IT IS FURTHER ORDERED that, if Plaintiff elects not to amend by the deadline, Defendant shall file its contemplated motion to dismiss by June 11, 2026.  Further briefing shall proceed on the schedule set forth in Local Rule 6.1(b).

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules may result in sanctions, including: monetary sanctions on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

The Clerk of Court respectfully is requested to terminate docket entries 8 and 9.

**SO ORDERED.**

Date:  **May 21, 2026**                                       _____
           **New York, NY**                                        **MARY KAY VYSKOCIL**
                                                                        **United States District Judge**

2