**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE HEITING,<br>Plaintiff,<br><br>-against-<br><br>KORANGY PUBLISHING INC.,<br><br>Defendant. | Index No: 1:25-cv-10176-MKV<br><br>**DEFENDANT KORANGY PUBLISHING INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**NOTICE OF DEFENDANT KORANGY PUBLISHING INC.**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of Defendant Korangy Publishing Inc. (dba The Real Deal) Motion to Dismiss the First Amended Complaint ("FAC"), Defendant will move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, in Courtroom 18C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order granting the Defendant's Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
June 18, 2026

MILLER KORZENIK RAYMAN LLP

By: */s/ Gillian Vernick*

Gillian Vernick
David S. Korzenik
1501 Broadway, Suite 2015
New York, New York 10036

*Attorneys for Defendant*